**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JANEE HENDERSON,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 22 C 2611 ) |
| | ) Judge Rebecca R. Pallmeyer ) |
| **MEAD JOHNSON & COMPANY LLC**, *et al.*, | ) ) |
| Defendants. | ) |

## MDL REMAND CLOSING ORDER

    Pursuant to the Memorandum Opinion and Order [32], this case is remanded, forthwith, to the Court of Common Pleas of Philadelphia County, Trial Division, Civil Action Number 220400127. The Clerk of the Court is directed to send a copy of this order to the United States District Court Pennsylvania Eastern (CA.No. 22-01721). Civil case terminated.

ENTER:

Date: October 14, 2022

REBECCA R. PALLMEYER
United States District Judge